UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

## CIVIL RIGHTS COMPLAINT FORM

KENTARKIUS JAMEL MORGAN

DC# N29362

CASE NUMBER: 3:19CV384-J-39MCR
(To be supplied by Clerk's Office)

FILED 2019 APR -4 PM 12: 54
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Florida Department of corrections

Officer Thorton, Officer Lynn, Officer Pope-Jones, Sgt. Deloach, and L.T. Dimaurio

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Suwannee Correctional Institution
    (Indicate the name and location)
    5964 U.S Hwy 90 Live oak, Fl 32060

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): Not Applicable

      Defendant(s): Not Applicable

   2. Court (if federal court, name the district; if state court, name the county):

      Not Applicable

   3. Docket Number: Not Applicable

   4. Name of judge: Not Applicable

   5. Briefly describe the facts and basis of the lawsuit: Not Applicable

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Not Applicable

   7. Approximate filing date: Not Applicable

   8. Approximate disposition date: Not Applicable

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: __Not Applicable__

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: __KENTARKIUS JAMEL MORGAN__

   Mailing address: __Suwannee Correctional Institution__
   __5964 U.S. Hwy 90 live oak, FL 32060__

B. Additional Plaintiffs: __Not Applicable__

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: __Thorton__

   Mailing Address: __Suwannee Correctional Institution__
   __5964 U.S. Hwy 90 Live oak, Fl 32060__

   Position: __Officer__

   Employed at: __Suwannee correctional Institution__

D. Defendant: __Lynn__

   Mailing Address: __Suwannee Correctional Institution__
   __5964 U.S. Hwy 90 live oak, Fl 32060__

Position: Officer

Employed at: Suwannee Correctional Instutition

E. Defendant: Pope-Jones

Mailing Address: Suwannee Correctional Instutition

5964 U.S. Hwy 90 Live Oak, FL 32060

Position: Officer

Employed at: Suwannee Correctional Instutition

F. Defendant: Deloach

Mailing Address: Suwannee Correctional Instutition

5964 U.S. Hwy 90 Live Oak, FL 32060

Position: Sergant

Employed at: Suwannee Correctional Instutition

G. Defendant: Dimaurio

Mailing Address: Suwannee Correctional Instutition

5964 U.S. Hwy 90 Live Oak, FL 32060

Position: Lieutant

Employed at: Suwannee Correctional Instutition

V. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Melicious and sudistic use of excessive violent force In violation of my 8th Amendment United States Constitutional Rights as an American citizen Cruel and unusual Punishment. Inflicted upon me for my sexual orientation

VI. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

ON November 8th, 2017 I Kentarkius Jamel Morgan, was confined in punitive segragation housing at Suwannee correctional Institution E-Dormintory wing 2 cell # E2216, at 7:25 P.M I kentarkius Jamel Morgan was taken from my cell to be allowed to shower (fixed wing video camera showes me being placed in and out of shower) upon conclusion of my shower Defendant Thorton secured me in hand-restraints behind my back and escorted me back to my cell, Enroute back to my housing cell defendant Thorton intentionally walked me by the shower for me to be punched and stabbed by two different Inmates with homemade weapons. Defendant Thorton

failed in his duties as a segregation officer by allowing two inmates to exit their cell with home made weapons) after this Defendant Thorten slammed me, Kentarkius Jamel Morgan onto the floor thus breaking my jaw. Defendant Thorten called in a use of force report on his radio and Lieutant Dimaurio appeared and started kicking me in my jaw while defendant Thorten was on top of my back calling me derogatery names such as Faggot, bitch, Etc you got what you desered both defendants actions were malicious and failed in their duties as a segragation officer of care, custody, and control. in respect to this issue I Kentarkius Jamel Morgan have exhausted all administrative remedies from Asst. Warden, Warden, Sec. of State, and Inspecter General. On March 12th 2018 Defandents Dimaurio along with Defendant Thorten retaliated against me for fileing Administrative complaint and once again assaulted me. on May 15th 2018 Defendants Pope-Jones, Lynn, and Deloach came to my cell E. Dorm Wing 2 cell # E2115 and Told me Kentarkius Jamel Morgan I was getting a roommate I Kentarkius Jamel Morgan told the defendants I was in fear of my life and safety They the Defendants still forced this Inmate into my cell within 5 mintues of the inmate being placed in my cell I Kentarkius Jamel Morgan was assaulted with respect of my sexual orientation The defendants stood there and watched the other inmate assault me I Kentarkius once again yelled I was in fear of my life Defendants Pope-Jones, Lynn, and Deloach still refused to intervene for my safety by putting my life in jeoparay and stop the other inmate from assaulting I once again in respect to this issue I Kentarkius Jamel Morgan have exhausted all administrative remedies from Asst. Warden, Warden, Sec. of State, and Inspecter General The Department of corrections is aware of my sexual orientation.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I am seeking monetary compensation for injuries inflicted upon me

DC 225 (Rev 2/2012)

upon officer indifference and excessive use of violent force, for pain and suffering both physically and mentally, in the amount of $250,000.00 and for the defendants to be held responsible for any day to day expensive for the department of corrections from the day of my incarceration to my release

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 27th day of March, 2019.

                          Morgan Kentarkius James DC#N29362

                          Mar___ K___   DC#N29362

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 2nd day of April, 2019.